In the Matter of the Compensation of
David F. Meissner, Claimant.

ALL AMERICAN AIR FREIGHT
and Industrial Indemnity Company,
*Petitioners,*

*v.*

David F. MEISSNER,
*Respondent,*

*and*

DEPARTMENT OF INSURANCE
AND FINANCE,
*Intervenor.*

(91-04509; CA A78817)

876 P2d 866

John E. Snarskis argued the cause and filed the brief for petitioners.

Daniel J. DeNorch argued the cause and filed the brief for respondent.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for intervenor.

Before Deits, Presiding Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Reversed and remanded. *Harsh v. Harsco Corp.*, 123 Or App 383, 859 P2d 1178 (1993), *rev den* 318 Or 661 (1994).

---

* Haselton, J., *vice* Durham, J.